Filed: 12/12/2022 11:15 AM
Ellen Jaggers,
District Clerk
Franklin County, Texas
By: Ellen Jaggers

CAUSE NO. 13016_____

| | | |
|---|---|---|
| **FARMERS LLOYDS INSURANCE COMPANY OF TEXAS as subrogee of CHRIS MARTINEZ,**  Plaintiff, | § § § § § | **IN THE DISTRICT COURT OF** |
| V. | § § | **FRANKLIN COUNTY, TEXAS** |
| **THE HOME DEPOT USA, INC. D/B/A GLACIER BAY FAUCETS,**  Defendant. | § § § § | 62nd_____ **JUDICIAL DISTRICT** |

### PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Farmers Lloyds Insurance Company of Texas as subrogee of Chris Martinez, files its Original Petition against Defendant, Home Depot USA, Inc. d/b/a Glacier Bay Faucets, and respectfully states as follows:

#### DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 1 of Texas Rule of Civil Procedure 190.2 and affirmatively pleads that this suit is governed by the expedited-actions process in Texas Rule of Civil Procedure 169.

#### PARTIES

2. Plaintiff, Farmers Lloyds Insurance Company of Texas (hereinafter, "Plaintiff"), is a domestic corporation, organized under the laws of the State of Texas and duly authorized to engage in the insurance business in the State of Texas, with its principal place of business at 6301 Owensmouth Avenue, Woodland Hills, California 91367-2216. Plaintiff's subrogor, Chris Martinez, is an individual who, at all times relevant hereto, resided in Dallas County, Texas at 1112 Morningstar Trail, Richardson, Texas 75081. The last three numbers of Plaintiff Chris

Martinez's driver's license number are 925. The last three numbers of Plaintiff Chris Martinez's Social Security number are 974.

3. Defendant, The Home Depot, Inc. d/b/a Glacier Bay Faucets (hereinafter, "Defendant" or "Glacier Bay"), is a foreign for-profit corporation, registered and authorized to conduct business in the State of Texas, and duly formed and existing under the laws of the State of Delaware, having its principal place of business in DeKalb County, Georgia at 2455 Paces Ferry Road, Atlanta, GA 30339. Defendant may be served with citation in this action by serving its registered agent for service of process at the following address:

> Corporation Service Company d/b/a CSC – Lawyers Inco
> c/o The Home Depot, Inc.
> 211 E. 7th Street, Suite 620
> Austin, Texas 78701

## JURISDICTION

4. The Court has subject-matter jurisdiction over this lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements. Plaintiff seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs. The Court has jurisdiction over Defendant Glacier Bay, a nonresident, because Defendant purposefully availed itself of the privileges and benefits of conducting activities in Texas by placing its product, which is the subject of this suit, into the stream of commerce, targeting Texas as a marketplace, and intending for its product to end up in the hands of a Texas consumer and by being registered and authorized to conduct business in the State of Texas.

Copy from re:SearchTX

Exhibit B-2

## VENUE

5. Venue is proper in Franklin County, Texas, pursuant to section 15.002 of the Texas Civil Practice and Remedies Code because all or a substantial part of the events giving rise to Plaintiff's claims occurred in Franklin County.

## FACTS

6. Since 2000, Chris Martinez has owned certain real property located in Franklin County, Texas at 150 Angelina Road, Scroggins, Texas 75480.

7. A toilet that was manufactured and distributed by Defendant Glacier Bay Faucets was installed in the upstairs bathroom in the property at 150 Angelina Road, Scroggins, Texas 75480.

8. The toilet contained the manufacturer's name and model number, Glacier Bay 2EC09, printed on a label affixed to the interior of the tank and the manufacturing date of 17 Jun 2017 stamped into the interior of the tank.

9. On or about May 28, 2021, the Glacier Bay toilet in question developed a large crack and failed, causing significant water damage to home and personal property; their household goods, clothing, and personal effects.

10. The Martinezes also lost the use and enjoyment of their home while the damages were being repaired and incurred additional expenses that would not have been incurred but for the water damage.

11. At all relevant times, the Martinezes were insured by Plaintiff under a property insurance policy bearing policy number 783265946 with effective dates of 10/19/20 to 10/19/21.

Copy from re:SearchTX

**Exhibit B-2**

12. Pursuant to the terms and conditions of the insurance policy, Plaintiff has paid $$40,392.58 to date for the damages caused by the toilet failure, while Chris Martinez was responsible for a $4830.00 deductible.

13. The investigation into the origin and cause of the toilet failure conducted on behalf of Plaintiffs determined that that the failure and subsequent water loss were the direct result of a manufacturing defect.

## CAUSES OF ACTION

### Count 1 – Negligence

14. Defendant Home Depot USA, Inc. d/b/a Glacier Bay Faucets owed a duty to to exercise ordinary care in the design, production, and sale of its product; to prevent its defective product that was unreasonably dangerous from reaching Plaintiff's subrogor, Chris Martinez, and causing injury; to exercise care to discover dangerous propensities of the products; to inform users of hazards associated with the use of its products. On the occasion in question, Defendant Glacier Bay breached its duty in one or more of the following ways:

(a) by failing to design and/or manufacture the product in question so that the toilet did not develop hairline cracks in the ceramic material of the tank during the cooling process;

(b) by failing to notify Chris Martinez of the potential failure concerning the product in question;

(c) by failing to warn Chris Martinez of the potential failure and subsequent water damage concerning the product in question;

Each of these acts and omissions, separately or in combination with others, constitutes negligence on the part of Defendant Glacier Bay and is a direct and proximate cause of the damages suffered by Plaintiff, which are within the jurisdictional limits of this Court.

Copy from re:SearchTX

**Exhibit B-2**

## Count 2 – Strict Products Liability

15. In addition to other counts, the product in question, the toilet, was designed, manufactured and/or marketed by Defendant Home Depot USA, Inc. d/b/a Glacier Bay Faucets and was defective and unsafe for its intended purposes at the time it left the control of Defendant. Defendant Glacier Bay failed to properly design, manufacture and/or market the toilet, which resulted in the toilet tank cracking and caused the water damage. While the toilet in question was being used for its intended purpose, the cracked and resulted in an uncontrolled release of water, which should not ordinarily occur absent a product defect that existed at the time the toilet left Defendant's control. At the time of the toilet failure, the product in question was in the same condition that it was in when it was originally manufactured. There were no signs of trauma or abuse on the toilet components, there were no installation issues or chemical degradation found on the toilet. Additionally, the toilet was less than four years old at the time of the failure, which eliminates lack of maintenance, time in service, or normal wear and tear as causes of this failure. The cracks created in the cooling process after the toilet was heated in the furnace were the producing cause of Plaintiff's damages, which are within the jurisdictional limits of this Court.

## Count 3 – Strict Products Liability – Manufacturing Defect

16. In addition to other counts, the product in question, the model 2EC09 Glacier Bay Elongated Toilet, was defective and unsafe for its intended purposes at the time it left the control of Defendant Glacier Bay. The product in question was defective in that it contained hairline cracks, which were formed in the ceramic material of the tank during the cooling process after it had been heated in the furnace. The tank was improperly or insufficiently heated in the furnace, creating excessive molded-in stresses and/or a weak tank. These defects created hairline cracks

Copy from re:SearchTX

**Exhibit B-2**

which grew with time due to the internal stresses contained within the tank, stresses resultant of water absorption, and/or other stresses resultant of standard operating conditions. The cracks ultimately coalesced to form the observed crack in the tank that resulted in an uncontrolled release of water into the surrounding area. At the time that the hairline cracks ultimately coalesced to form the crack which caused the failure, the product in question was in the same condition that it was in when it was originally manufactured and Plaintiff's subrogor was using the product according to the instructions that came with it and in the manner intended and foreseen by Defendant Glacier Bay. The product in question was the producing cause of Plaintiff's damages, which are within the jurisdictional limits of this Court.

### Count 4 – *Res Ipsa Loquitur*

17. At this time, Plaintiff cannot more specifically allege the acts of negligent design or manufacture on the part of Defendant Glacier Bay because facts in that regard are peculiarly within the knowledge of Defendant Glacier Bay. In the alternative, in the event Plaintiff is unable to prove specific acts of negligent design or manufacture, Plaintiff relies on the doctrine of *res ipsa loquitur*. In this regard, Plaintiff will show that the character of the occurrence in question, the May 28, 2021 toilet failure at the home of Plaintiff's subrogor, is such that it would not have happened in the absence of negligence, and that the design and manufacture of the product in question, the model 2EC09 Glacier Bay Elongated Toilet, was within the exclusive control of Defendant Glacier Bay at the time the negligence probably occurred. Plaintiff had no means of ascertaining the method or manner in which the product was designed and manufactured, and it came into the possession of Plaintiff's subrogor in the same condition it was in when it left the control of Defendant Glacier Bay. Therefore, Defendant Glacier Bay was negligent in the design and/or manufacture of the product in question, which was a direct and

Copy from re:SearchTX

**Exhibit B-2**

proximate cause of the damages suffered by Plaintiff, which are within the jurisdictional limits of this Court.

### CONDITIONS PRECEDENT

18.     All conditions precedent have been performed or have occurred.

### DEMAND FOR JURY

19.     Plaintiff respectfully requests a trial by jury pursuant to Rule 216 of the Texas Rule of Civil Procedure.

### RESERVATION OF RIGHTS

20.     Plaintiff specifically reserves the right to bring additional causes of action against Defendant Glacier Bay and to amend this Petition as necessary.

### PRAYER

For these reasons, Plaintiff asks that the Court issue citation for Defendant, The Home Depot, Inc. d/b/a Glacier Bay Faucets, to appear and answer and that Plaintiff be awarded a judgment against Defendant for actual damages, attorney's fees and costs, prejudgment and post-judgment interest, court costs, and all other relief to which Plaintiff is entitled.

Respectfully submitted,

**GROTEFELD HOFFMAN, LLP**

BY: _____
Lawrence T. Bowman
Texas State Bar No. 00788993
2121 N. Pearl Street, Suite 300
Dallas, Texas 75201
Telephone: (312) 551-0200
Facsimile: (312) 601-2402
Email: lbowman@ghlaw-llp.com

**ATTORNEY FOR PLAINTIFFS**

Copy from re:SearchTX

**Exhibit B-2**

return

| CITATION - personal service - TRC 99 |
|---|

THE STATE OF TEXAS:                                    Cause No.13016

Farmers Lloyds Insurance Company of Texas    I    IN THE 62nd DISTRICT COURT

VS                                                                        I    OF

The Home Depot USA, Inc. dba Glacier Bay Faucets   I    FRANKLIN COUNTY, TEXAS

**TO: The Home Depot USA Inc., dba Glacier Bay Faucets**
**By serving its registered agent for service of process Corporation Service Company d/b/a CSC-Lawyers Inco c/o The Home Depot, Inc. 211 E. 7th Street, Suite 620 Austin, Texas 78701-GREETING**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the others parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition on or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service thereof before the Honorable 62nd District Court of Franklin County, at the Courthouse in said County in Mt. Vernon, Texas. Said petition was filed in said court on the 12/12/2022, in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of petition accompanies this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Mt. Vernon, Texas this 12th day of December, 2022.

Attorney for Plaintiff:                                     DISTRICT CLERK
Lawrence T. Bowman                                  Franklin County, Texas
2121 North Pearl Street Suite 300
Dallas TX  75201                                        By:_____ Deputy
312-551-0020

OFFICER'S RETURN

Came to hand on the ___ day of _____ 20___ at _____ o'clock ___M and executed the ___ day of _____ 20___ by delivering to defendant _____ in person, a true copy of this citation with a copy of the petition attached thereto on _____ day of _____ 20___ at _____ o'clock ___M at _____ in _____ County, Texas.

[ ] Not executed. The diligence use in finding defendant being_____
_____ [ ]
Information received as to the whereabouts of defendant being_____

Fee.... $_____                                        _____Sheriff / Constable / District Clerk
                                                                _____County, Texas
                                                          By_____ Deputy

**Exhibit B-3**

Filed: 12/19/2022 10:59 AM
Ellen Jaggers,
District Clerk
Franklin County, Texas
By: Ellen Jaggers

## AFFIDAVIT OF SERVICE

State of Texas     County of Franklin     62nd Judicial District Court

Case Number: 13016

Plaintiff:
**FARMERS LLOYDS INSURANCE COMPANY OF TEXAS**

vs.

Defendant:
**THE HOME DEPOT USA, INC. d/b/a GLACIER BAY FAUCETS**

Received these papers on the 13th day of December, 2022 at 4:20 pm to be served on **THE HOME DEPOT USA INC., dba GLACIER BAY FAUCETS care of its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC – LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Thomas Kroll, being duly sworn, depose and say that on the **14th day of December, 2022** at **9:50 am**, I:

hand-delivered a true copy of this **Citation together with Plaintiff's Original Petition and Jury Demand**, to **THE HOME DEPOT USA INC., dba GLACIER BAY FAUCETS care of its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC – LAWYERS INCORPORATING SERVICE COMPANY** by and through its authorized agent, **KANEISHA GROSS**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 14th day of December, 2022 by the affiant who is personally known to me.


NOTARY PUBLIC

Thomas Kroll
PSC - 3012, Exp. 8/31/2023

Our Job Serial Number: THP-2022006692
Ref: 3460280

Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i



Copy from re:SearchTX

**Exhibit B-4**

return

| CITATION - personal service - TRC 99 |
|---|

THE STATE OF TEXAS:                                              Cause No.13016

Farmers Lloyds Insurance Company of Texas     I     IN THE 62nd DISTRICT COURT

VS                                                                    I     OF

The Home Depot USA, Inc. dba Glacier Bay Faucets     I     FRANKLIN COUNTY, TEXAS

TO: The Home Depot USA Inc., dba Glacier Bay Faucets
By serving its registered agent for service of process Corporation Service Company d/b/a CSC-Lawyers Inco c/o The Home Depot, Inc. 211 E. 7th Street, Suite 620 Austin, Texas 78701-GREETING

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the others parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition on or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service thereof before the Honorable 62nd District Court of Franklin County, at the Courthouse in said County in Mt. Vernon, Texas. Said petition was filed in said court on the 12/12/2022, in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of petition accompanies this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Mt. Vernon, Texas this 12th day of December, 2022.

Attorney for Plaintiff:                           DISTRICT CLERK
Lawrence T. Bowman                          Franklin County, Texas
2121 North Pearl Street Suite 300
Dallas TX 75201                              By:_____Deputy
312-551-0020

OFFICER'S RETURN

Came to hand on the ___ day of _____ 20___ at ____ o'clock ___M and executed the ___ day of _____ 20___ by delivering to defendant _____ in person, a true copy of this citation with a copy of the petition attached thereto on ___ day of _____ 20___ at ____ o'clock ___M at _____ in _____ County, Texas.

[ ] Not executed. The diligence use in finding defendant being _____
_____ [ ]
Information received as to the whereabouts of defendant being _____

Fee.... $_____                           _____Sheriff / Constable / District Clerk
                   **RETURN / AFFIDAVIT**                     _____ County, Texas
                   **PROOF / ATTACHED**           By _____ Deputy

Copy from re:SearchTX

**Exhibit B-4**