# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **FARMERS LLOYDS INSURANCE COMPANY OF TEXAS AS SUBROGEE OF CHRIS MARTINEZ,**<br>　　Plaintiffs,<br><br>V.<br><br>**THE HOME DEPOT USA, INC. D/B/A GLACIER BAY FAUCETS**<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:23cv38<br>Judge Mazzant |

## ORDER ON PLAINTIFF'S UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Farmers Lloyds Insurance of Texas as Subrogee of Chris Martinez's Unopposed Notice of Voluntary Dismissal Without Prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure (Dkt. #7), filed on February 8, 2023. The Court finds that the Notice of Voluntary Dismissal should be, and hereby is, accepted by the Court.

It is therefore ORDERED that Plaintiff's Complaint against Defendant is dismissed without prejudice, with each party to bear their own costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 10th day of February, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE